**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN FORTNER,** | ) NO. EDCV 15-1372-RGK (KS) |
| **Plaintiff,** | ) |
| v. | ) **JUDGMENT** |
| | ) |
| **SAMUEL HAMRICK, JR., et al,** | ) |
| **Defendants.** | ) |
| _____ | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

.

DATED: February 18, 2016

*Gary Klausner*
_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

1